# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RAMIRO MUNOZ GARZA,                        )     1:07-cv-00708-AWI-NEW (DLB) HC
                                           )
            Petitioner,                    )
                                           )     ORDER GRANTING IN FORMA PAUPERIS
       v.                                  )     STATUS
                                           )
WARDEN,                                    )
                                           )
            Respondent.                    )
_____)

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **May 30, 2007**              _____/s/ **Dennis L. Beck**_____
                                       UNITED STATES MAGISTRATE JUDGE