UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GARZA, ) | 1:07-CV-00708 AWI NEW (DLB) HC |
| Petitioner, ) | |
| ) | ORDER REQUIRING PETITIONER TO |
| v. ) | SUBMIT SIGNED DECLARATION |
| ) | |
| ON HABEAS CORPUS, ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Upon a close examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature. Local Rule 7-131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury. The document should contain an original signature. Petitioner is

1 GRANTED twenty (20) days from the date of service of this order to comply with the Court's
2 directive.
3    Petitioner is forewarned that failure to comply with a Court order will result in dismissal of
4 the petition pursuant to Local Rule 11-110.
5    IT IS SO ORDERED.
6    Dated: **June 2, 2007**           **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE